1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9  PAUL C. BOLIN,                        ) Case No. C.V. F-99-5279-REC
                                         )
10              Petitioner,              ) DEATH PENALTY CASE
                                         )
11     vs.                               ) SUPPLEMENTAL   ORDER   DIRECTING
                                         ) PETITIONER  TO  FILE  PHASE  III
12 Steven W. Ornoski, As Acting          ) BUDGET AND SCHEDULING PHASE III
   Warden of San Quentin                 ) CASE MANAGEMENT CONFERENCE
13 State Prison,                         )
                                         ) DATE:      January 18, 2006
14              Respondent.              ) TIME:       8:30 a.m.
   _____) COURTROOM ONE

15

16      On December 15, 2005, the Court filed an order scheduling a Phase

17 III Case Management Conference and setting a due date for Petitioner

18 Paul C. Bolin ("Bolin") to file under seal his Phase III case

19 management plan and budget.  The Court hereby amends the December 15,

20 2005 Order so that Bolin may have until January 5, 2005 within which

21 to mail his case management plan and budget to the Court for filing.

22 On the same day, he shall transmit the case management plan and budget

23 to the Court by e-mail transmission.  In all other respects, the

24 December 15, 2005 order remains unchanged.

25

26 IT IS SO ORDERED.

27 Dated:   December 16, 2005            /s/ Robert E. Coyle
                                          Robert E. Coyle
28                                     United States District Judge

99dp5279.SuppORePhaseIIICMC.bol.wpd