IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT L. AYERS, Jr., Acting Warden of San Quentin State Prison,<br><br>　　　　　　　　　　　　Respondent. | CAPITAL CASE<br><br>CIV F-99-5279 AWI<br><br>Order Continuing Hearing on Petitioner's Discovery Motion<br><br>New Date: August 21, 2006<br>Time:　　　1:30 p.m.<br>Courtroom: Two |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application to continue the date for hearing on Petitioner's Motion for Discovery from July 17, 2006, at 1:30 p.m. to August 21, 2006, at 1:30 p.m., is hereby GRANTED.

Dated:　June 30, 2006　　　　　　　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　　　　　Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

[Proposed] Order

1