UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL C. BOLIN, | ) | Case No. CIV. F-99-5279-AWI-P |
| | ) | |
| Petitioner, | ) | |
| | ) | <u>Death</u> <u>Penalty</u> <u>Case</u> |
| vs. | ) | |
| | ) | |
| ROBERT L. AYERS, Jr., Acting | ) | Order Setting Telephonic Case |
| Warden of San Quentin State | ) | Management Conference |
| Prison, | ) | |
| | ) | DATE: October 23, 2006 |
| Respondent. | ) | TIME: 3:00 p.m. |

TO: Petitioner Paul C. Bolin ("Bolin") and Respondent Robert L. Ayers, Jr., Acting Warden of San Quentin State Prison ("the State"), by and through their respective attorneys,

NOTICE IS GIVEN that on October 23, 2006 at 3:00 p.m., a telephonic Case Management Conference will be held to discuss the time line for completion of discovery and the scheduling of future briefing.

Bolin filed a motion June 12, 2006, seeking pre-briefing discovery, which was granted in part September 7, 2006. Prior to filing his motion for discovery, Bolin had filed a request to amend the schedule for briefing the merits of his case. In light

1  of the uncertainty of when discovery would be complete, Bolin's

2  request was granted, and the briefing schedule was suspended

3  until after the discovery motion was resolved.  After the case

4  management conference, the Court will issue an order setting a

5  schedule for merits briefing and a date for filing the motion for

6  an evidentiary hearing.

7

8  IT IS SO ORDERED.

9  **Dated:    October 11, 2006**                    **/s/ Anthony W. Ishii**
   b64h1h                                  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

99dp05279.OCMCNotice.wpd                    **2**