UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br>            Petitioner,<br>  vs.<br>ROBERT L. AYERS, Jr., Acting Warden of San Quentin State Prison,<br>            Respondent. | Case No. CIV. F-99-5279-AWI-P<br><br>Death Penalty Case<br><br>Order Setting Briefing Schedule |

A case management conference was held before Judge Anthony W. Ishii on October 23, 2006, to discuss the briefing schedule in this case. Telephonic appearances were made by Robert Bacon and Allison Claire for Petitioner Paul C. Bolin ("Bolin"), and by Rachelle Newcomb for Respondent Robert L. Ayers, Jr., Acting Warden of San Quentin State Prison ("the State").

The parties agreed to the following briefing schedule:

1. Bolin will file his points and authorities in support of the petition by March 1, 2007;
2. The State will file opposing points and authorities, including the assertion of all affirmative defenses, by

1  June 1, 2007;
2  3. Bolin's reply to the State's opposition, but excluding
3     arguments responding to any assertions of procedural
4     default, is due by July 20, 2007;
5  4. A case management conference will be held August 13, 2007,
6     at 3:00 p.m., to discuss further litigation in this case.

IT IS SO ORDERED.

**Dated:   October 24, 2006**                    /s/ Anthony W. Ishii
b64h1h                                           UNITED STATES DISTRICT JUDGE