1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL C. BOLIN,** | CIV F-99-5279 AWI |
| Petitioner, | **Order Granting Respondent's Application For Enlargement Of Time** |
| **v.** | |
| **ROBERT L. AYERS, Jr., Warden of San Quentin State Prison,** | **CAPITAL CASE** |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's Application for 60-Day Enlargement of Time, to and including July 31, 2007, to file an Opposition to Petitioner's Opening Brief in Support of Petition for Writ of Habeas Corpus, is granted.

Petitioner's reply to the State's opposition, but excluding arguments responding to any assertions of procedural default, is due by September 18, 2007.

A case management conference will be held October 15, 2007, at 3:00 p.m., to discuss further litigation in this case.

IT IS SO ORDERED.

**Dated:   May 22, 2007**          _____/s/ Anthony W. Ishii_____
                                    UNITED STATES DISTRICT JUDGE

[Proposed] Order