IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>                                    Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, Jr., Warden of San Quentin State Prison,<br><br>                                    Respondent. | CIV F-99-5279 LJO<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION TO PETITIONER'S OPENING BRIEF**<br><br>**CAPITAL CASE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's Application for 60-Day Enlargement of Time, to and including October 1, 2007, to file an Opposition to Petitioner's Opening Brief in Support of Petition for Writ of Habeas Corpus, is granted.

Petitioner's reply to the State's opposition, but excluding arguments responding to any assertions of procedural default, is due by November 15, 2007.

A case management conference will be held December 17, 2007, at 3:00 p.m., to discuss further litigation in this case.

IT IS SO ORDERED.

DATED:   July 24, 2007

                                                      /s/ Lawrence J. O'Neill
                                                   United States District Judge