UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL C. BOLIN, | ) | Case No. CIV. F-99-5279-LJO-P |
| Petitioner, | ) | |
| | ) | <u>Death</u> <u>Penalty</u> <u>Case</u> |
| vs. | ) | |
| ROBERT L. AYERS, Jr., Warden of San Quentin State Prison, | ) | Order Granting Respondent's Third Request for Extension of Time to File Opposition Brief |
| Respondent. | ) | |

This matter is before the Court on Respondent's Application for a 45-day enlargement of time to file an opposition to Petitioner's opening brief in support of his petition.  Respondent's request for an extension, to and including November 15, 2007, is GRANTED.  Respondent is expected to take all necessary steps to meet this date, as no further extensions for filing the opposition will be granted.

Petitioner's reply to the opposition, excluding arguments responding to any assertions of procedural default, is due by January 14, 2008.  A telephonic case management conference will be held February 11, 2008, at 3:00 p.m., to discuss further litigation in this case.

IT IS SO ORDERED.

DATED:   September 18, 2007        /s/ Lawrence J. O'Neill

United States District Judge