IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>                                 Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Jr., Warden of San Quentin State Prison,<br><br>                                 Respondent. | CIV F-99-5279 LJO<br><br>**ORDER GRANTING RESPONDENT'S FOURTH REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO PETITIONER'S OPENING BRIEF** |

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's Application for a 30-Day Enlargement of Time, to and including December 17, 2007, to file an Opposition to Petitioner's Opening Brief in Support of Petition for Writ of Habeas Corpus, is granted. While the Court is convinced that the application for an enlargement of time is appropriate, specifically due to the health issues mentioned, this application is granted CONDITIONALLY. The condition is that any further such requests will require a noticed motion and a personal appearance at oral argument on the motion.

      Petitioner's reply to the State's opposition, but excluding arguments responding to any assertions of procedural default, is due by February 15, 2008. A case management conference will be held March 17, 2008, at 3:00 p.m., to discuss further litigation in this case.

DATED:   October 29, 2007

                                                      /s/ Lawrence J. O'Neill<br>
                                         United States District Judge