UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUL C. BOLIN,                          )      Case No. 1:99-cv-05279-LJO
                                        )
                Petitioner,             )
                                        )      DEATH PENALTY CASE
        vs.                             )
                                        )
ROBERT L. AYERS, Jr., Warden            )      Order Granting Respondent's
of San Quentin State Prison,            )      Application to File Documents Under
                                        )      Seal
                Respondent.             )
_____)

        Respondent's Application to file documents under seal – specifically

Reporter's Transcript pages 2387-88 (January 17, 1991, In Camera Hearing),

Court's Exhibit 1, and Stipulation and [Proposed] Order, requesting Kern County

Superior Court's Exhibit 1 – is GRANTED.  The documents shall be lodged under

seal.

IT IS SO ORDERED.

DATED:    December 18, 2007

                                        ___/s/ Lawrence J. O'Neill___
                                        United States District Judge