IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT AYERS, Jr., Warden of San Quentin State Prison,<br><br>　　　　　Respondent.<br>_____ | CASE NO. 1:99-CV-5279 LJO<br><br>**CAPITAL CASE**<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PETITIONER'S CLOSING BRIEF IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS** |

   GOOD CAUSE APPEARING, Petitioner's request for an extension of time, to and including April 15, 2008, to file a closing merits brief, is hereby granted. A case management conference will be held May 12, 2008, at 3:00 p.m., to discuss further litigation in this case. This will be the last extension.

   IT IS SO ORDERED.

DATED:    February 8, 2008   

　　　　　　　　　　　　　　　　　　　　　   /s/ Lawrence J. O'Neill   
　　　　　　　　　　　　　　　　　　　　　United States District Judge

*Bolin v. Ayers*　　　　　　　　　　　　　　　　　　　　Order Granting Extension of Time
1:99-CV-5279 LJO