IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT L. AYERS, Jr., Warden of San Quentin State Prison,<br><br>　　　　　Respondent.<br>_____ | CASE NO. 1:99-CV-5279-LJO P<br><br>**CAPITAL CASE**<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE PETITIONER'S MOTION FOR EVIDENTIARY HEARING** |

　　GOOD CAUSE APPEARING, petitioner's unopposed request for an extension of time, to and including December 22, 2008, to file a motion for evidentiary hearing, is hereby granted. Respondent's opposition to the motion shall be filed no later than April 21, 2009. Petitioner's reply shall be filed no later than June 22, 2009.

　　IT IS SO ORDERED.

DATED:     October 27, 2008

　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　United States District Judge

*Bolin v. Ayers*　　　　　　　　　　　　　　　　　　　Order Granting Extension of Time
CIV F-99-5279 LJO　　　　　　　1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Bolin v. Ayers*                                    Order Granting Extension of Time
CIV F-99-5279 LJO                    2