EDMUND G. BROWN JR.
Attorney General of California
MICHAEL P. FARRELL
Senior Assistant Attorney General
STEPHEN G. HERNDON
Supervising Deputy Attorney General
RYAN B. MCCARROLL, State Bar No. 214853
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5248
 Fax: (916) 324-2960
 E-mail: Ryan.McCarroll@doj.ca.gov
*Attorneys for Respondent*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>ROBERT WONG, Acting Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:99-CV-5279-LJO P<br><br><u>DEATH PENALTY CASE</u><br><br>Order Granting Respondent's Application for Enlargment of Time to File Opposition to Motion for Evidentiary Hearing and Expansion of the Record |

GOOD CAUSE BARELY APPEARING, IT IS HEREBY ORDERED THAT Respondent's Unopposed Application for Enlargement of Time to File Opposition to Motion for Evidentiary Hearing and Expansion of the Record to and including May 20, 2009, is granted. Petitioner's reply shall be filed August 7, 2009.

IT IS SO ORDERED.

DATED:   April 15, 2009                                /s/ Lawrence J. O'Neill

　　　　　　　　　　　　　　　　　　　　United States District Judge