IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>Vincent Cullen, as Warden of San Quentin State Prison,<br><br>　　　　Respondent. | Case No. 1:99-cv-5279-LJO<br><br>DEATH PENALTY CASE<br><br>ORDER RETURNING PRO SE SUBMISSIONS TO PETITIONER'S APPOINTED ATTORNEYS |

　　　　This matter is before the Court on the July 12, 2010 pro se submission by Petitioner Paul C. Bolin ("Bolin") of a Motion for Relief from Final Judgment under Federal Rule of Civil Procedure 60(b). The 60(b) motion is captioned as pending in the United States District Court For the District of Columbia, Case No. 09-2316 UNA. Nine plaintiffs have signed on to the District of Columbia motion, all of whom are California condemned inmates. Bolin is among them.

　　　　Bolin's pro se submission is being returned to him, through his appointed attorneys in this action, on the ground that this Court has no jurisdiction or authority to act with respect to a final judgment of another District Court. The motion also has no application in this action since evaluation of the merits of Bolin's claims are proceeding and an order will be entered as soon as the Court completes its review and analysis of the claims. No final judgment has been entered.

　　　　While Bolin is represented by counsel, the Court will not consider pro se documents about the presentation of the merits of his case. The Court will consider pro se motions concerning Bolin's representation by appointed counsel.

1   Bolin's counsel shall return his pro se submission to him and provide him with a copy of this
2 order.

4 IT IS SO ORDERED.

5 DATE:    July 13, 2010                                /s/ Lawrence J. O'Neill
                                                  Lawrence J. O'Neill
6                                           United States District Judge