FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 18 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PAUL C. BOLIN,

                    Petitioner,

    v.

M. MARTEL, Warden,

                    Respondent.

No. 11-73796

D.C. No. 1:99-cv-5279-LJO
Eastern District of California
Fresno

ORDER

Before:  LEAVY, PAEZ, and BEA, Circuit Judges

We construe Petitioner's pro se 28 U.S.C. § 2241 petition as a petition for a writ of mandamus to compel the district court to (a) grant a hearing on all of Petitioner's claims, (b) excuse any procedural defaults based upon the alleged suspension of the writ and delays by the state courts, and (c) order an acquittal.  So construed, the petition is denied.  *See Bauman v. United States District Court*, 557 F.2d 650, 654-55 (9th Cir. 1977).

All pending motions are denied.  The Clerk shall close this case.  No more filings will be accepted in this closed case.