IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN<br><br>    Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, as Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:99-cv-5279-LJO<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATEMENT REGARDING EVIDENTIARY HEARING PREPARATION |

This matter is before the Court on the parties' joint request to extend the due date set forth in the April 27, 2012 to meet and confer and file a joint statement regarding evidentiary hearing preparations. The parties cite delay due to scheduling issues occasioned by other work and pre-paid vacation plans. Being fully informed of the circumstances, the Court finds the request is supported by good cause. The parties are directed to meet and confer and to file a joint statement, as specified in the April 27, 2012 order, on or before July 12, 2012. No further extensions will be granted.

  IT IS SO ORDERED.

DATE: May 17, 2012

                /s/ Lawrence J. O'Neill
                Lawrence J. O'Neill
               United States District Judge

99dp5279.OGrantReq4EOT.Bol.wpd