IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN, <br>     Petitioner, <br> vs. <br> KEVEN CHAPPELL as Acting Warden of San Quentin State Prison, <br>     Respondent. | Case No. 1:99-cv-5279-LJO <br><br> <u>DEATH</u> <u>PENALTY</u> <u>CASE</u> <br><br> ORDER DIRECTING PETITIONER TO FILE A BUDGET AND PHASE IV CASE MANAGEMENT PLAN UNDER SEAL |

On April 27, 2012 the Court ordered a limited evidentiary hearing on portions of Claim C presented by Petitioner Paul C. Bolin ("Bolin") in his Petition. In the order, the Court directed Bolin and Respondent Kevin Chappell, as Acting Warden of San Quentin State Prison (the "Warden"), to file a joint statement setting forth their respective preparations for the hearing, including proposed witnesses, documentary evidence, pre-hearing discovery, several proposed dates for the evidentiary hearing and a realistic, efficient time estimate. The joint statement is due July 12, 2012.

Bolin is additionally is directed to present a Phase IV budget and case management plan for services rendered on and after June 1, 2012 concurrent with submission of the joint statement. The budget shall take into account pre-evidentiary preparations as well as post-evidentiary hearing briefing and reasonably foreseeable post-judgment motions. The budget shall be supported by a properly subscribed declaration and filed under seal. No Excel forms will be necessary.

IT IS SO ORDERED.

DATE: June 6, 2012                        /s/ Lawrence J. O'Neill
                                                                                                  Lawrence J. O'Neill
                                                                                             United States District Judge

99dp5279.ODtgPetnr2FilePhIVBudget.bol.wpd