IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN | Case No. 1:99-cv-5279-LJO |
| Petitioner, | <u>DEATH</u> <u>PENALTY</u> <u>CASE</u> |
| vs. | ORDER GRANTING RESPONDENT'S MOTION FOR RECONSIDERATION |
| KEVIN CHAPPELL, as Acting Warden of San Quentin State Prison, | RE: LIMITED EVIDENTIARY HEARING |
| Respondent. | |

This matter is before the Court on the Motion for Reconsideration of Respondent Kevin Chappell, as Acting Warden of San Quentin State Prison, as to the Court's April 27, 2012 Order granting a limited evidentiary hearing on Claim C2 of the petition filed by Petitioner Paul C. Bolin. Also before the Court is a Case Management Conference for Phase IV of the present litigation and Bolin's proposed budget for Phase IV. The hearing on these issues originally was scheduled for August 9, 2012, but continued to August 29, 2012 at 8:00 a.m.

The Court has considered the moving and opposing papers concerning reconsideration. In response, the Court has amended the April 27, 2012 Order and files that amended order concurrently herewith.

The Motion for Reconsideration is granted to the extent the April 27, 2012 Order is amended. The result of the order is the same, that is, the Court affirms the granting of a limited evidentiary hearing as to Claim C2 of the petition.

The August 29, 2012 hearing will remain on the Court's calendar for the Phase IV Case Management Conference and confidential budget proceedings. Any supplemental statements the

OGrantResptMo4FollRecon.Bol.wpd

1  parties may have regarding preparation for the evidentiary hearing should be filed no later than 4:00
2  p.m. on August 22, 2012.

4          IT IS SO ORDERED

6  DATE:    August 20, 2012
                                                                /s/ Lawrence J. O'Neill
7                                                              Lawrence J. O'Neill
                                                           United States District Judge

OGrantResptMo4FollRecon.Bol.wpd

*Kevin Chappell is substituted for his predecessor as Acting Warden of San Quentin State Prison

OGrantResptMo4FollRecon.Bol.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28