DANIEL J. BRODERICK, Bar #89424
Federal Defender
ALLISON CLAIRE, Bar #170138
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

ROBERT D. BACON, Bar #73297
484 Lake Park Avenue, PMB 110
Oakland, CA  94610
Telephone: (510) 834-6219
Fax: (510) 444-6861

Attorneys for Petitioner
PAUL CLARENCE BOLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN, | Case No. 1:99-cv-5279 LJO |
| Petitioner, | **CAPITAL CASE** |
| v. | **PROTECTIVE ORDER RE: TRIAL COUNSEL'S FILES** |
| KEVIN CHAPPELL, Warden, San Quentin State Prison, | |
| Respondent. | |

The parties having stipulated to the terms set forth below, and good cause appearing, *see Bittaker v. Woodford*, 331 F.3d 715, 717 n.1 (9th Cir. 2003) (en banc),

IT IS HEREBY ORDERED:

For purposes of the pre-evidentiary hearing phase of this capital habeas litigation, all discovery of trial attorney file materials granted to respondent shall be deemed to be confidential.  In any event, documents and materials produced from the trial counsel files (hereinafter "documents") may be used only by counsel for respondent, other representatives from the Office of the California Attorney General, and persons working under their direct supervision (including expert consultants), and only for purposes of any

1  proceedings incident to litigating the claim(s) presented in the petition for writ of habeas corpus pending
2  before this Court. Permissible use includes presentation of documents to Mr. Bolin's trial counsel or those
3  who worked under their direction in the defense of Mr. Bolin, during any interviews to which those
4  individuals consent or in any depositions ordered by the Court.

5       Disclosure of the contents of the documents and the documents themselves may not be made to any
6  other persons or agencies, including any other law enforcement or prosecutorial personnel or agencies,
7  without an order from this Court. This order extends to respondent and all persons acting on behalf of
8  respondent in this proceeding, including but not limited to persons employed by the Office of the
9  California Attorney General, persons working on this matter who are employed by California
10 governmental divisions other than the Attorney General, persons retained by respondent for any
11 investigative or consulting work on this matter, and any expert consultants or witnesses assisting
12 respondent.

13      This order shall continue in effect after the conclusion of the habeas corpus proceedings and
14 specifically shall apply in the event of a retrial of all or any portion of petitioner's criminal case, except
15 that either party maintains the right to request modification or vacation of this order upon entry of final
16 judgment in this matter.

17      IT IS SO ORDERED.

18 Dated: September 26, 2012

                                                    /s/ Lawrence J. O'Neill
                                                    Lawrence J. O'Neill
                                                    United States District Judge