UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>        Petitioner,<br><br>    vs.<br><br>KEVIN CHAPPELL, as Acting Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. 1:99-cv-05279 LJO<br><br>DEATH PENALTY CASE<br><br>ORDER RE: PARTIES' REQUESTS TO FILE EXHIBITS UNDER SEAL |

      This matter is before the Court on the separate motions of Petitioner Paul C. Bolin ("Bolin") and Respondent Kevin Chappell, as Acting Warden of San Quentin State Prison (the "Warden") to seal exhibits to be presented at the March 18, 2013 evidentiary hearing (doc. 313 and doc. 316, respectively). The documents which are the subject of the parties' separate requests are comprised of unredacted juror questionnaires and portions of the defense attorneys' trial files.

      Earlier, both parties identified in separate filings the documents they wish to include as exhibits at the hearing. The Court notes there are duplicates among Bolin's and the Warden's respective exhibit lists, including in the documents for which the parties seek leave to file under seal.

      While the requests to file the exhibits identified in the parties' respective applications are justified, the Court would like to avoid receiving piecemeal voluminous, duplicative exhibits from each side of the proceedings.

1      To avoid duplication and facilitate the conduct of the evidentiary hearing, the parties are directed
2 to meet and confer concerning the presentation of one unified set of exhibits which will be used by both
3 parties and the Court at the hearing.

4      The Court has been advised by counsel for the parties that they are working on the preparation
5 of a joint compilation of exhibits. Should counsel encounter any impediments in accomplishing the
6 preparation of joint exhibits, they may contact the Court for further direction.

7      In the interim, the Court grants the separate applications to file questionnaire responses and
8 portions of the defense attorneys' trial files (doc. 313 and doc. 316).

10 IT IS SO ORDERED.

11 Dated:  January 29, 2013

                                          /s/ Lawrence J. O'Neill
                                           Lawrence J. O'Neill
                                          United States District Judge