UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>                    Petitioner,<br><br>       vs.<br><br>KEVIN CHAPPELL, as Acting Warden of San Quentin State Prison,<br><br>                    Respondent. | Case No. 1:99-cv-05279 LJO<br><br>DEATH PENALTY CASE<br><br>ORDER RETURNING PRO SE SUBMISSION |

Petition Paul C. Bolin ("Bolin") in pro se has submitted numerous pleadings in which he complains about procedure in the California Supreme Court for deciding habeas corpus cases. He claims the delay in appointing counsel, lack of funding for investigation, and the practice of procedurally defaulting his claims (without addressing the merits) has resulted in a suspension of the writ. Many, if not all, of his pleadings are copies or partial copies of pleadings drawn up by co-condemned inmate Theodore Shove.

Bolin's most recent submission was on March 15, 2013, purporting to be a motion for record expansion, discovery, and an evidentiary hearing. Without identifying specific evidence corresponding to his motion, he refers to an attached memorandum of points and authorities pertaining solely to the state litigation of Mr. Shove. As such, the document is incomprehensible.

Bolin should be aware that the Court currently is preparing to conduct an evidentiary hearing on one of the claims pleaded in his federal petition. Bolin also should be aware that even if all of his claims concerning his conviction and sentence were not addressed on the merits in state court, they are pending before this Court and they will be considered. Bolin should not yield to Mr. Shove's attempts to attract

1  other condemned inmates to engage in abusive pro se filing practices. Finally, Bolin should be aware
2  that his relentless and ineffectual submissions distract from and impede the Court's progress in
3  addressing the merits of his claims.
4      The Clerk of the Court is directed to return Bolin's submission to him along with this order. This
5  order shall be filed without attachments.
6  IT IS SO ORDERED.
7  Dated:   March 21, 2013

                                                /s/ Lawrence J. O'Neill
                                                  Lawrence J. O'Neill
                                               United States District Judge