IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, Acting Warden, San Quentin State Prison,<br><br>　　　　　Respondent. | CASE NO. 1:99-cv-5279-LJO<br><br>DEATH PENALTY CASE<br><br>ORDER DIRECTING THE UNITED STATES MARSHALL TO PAY FOR TRANSPORTATION AND LODGING OF PETITIONER'S OUT-OF-STATE *FACT* WITNESS. |

Upon Motion of the Petitioner Paul C. Bolin, and pursuant to 18 U.S.C. § 3006A, 28 U.S.C. §1825, and Guide to Judiciary Policies and Procedures, Volume VII, § 320.40.20, the United States Marshall and the Department of Justice are directed to pay the fees and expenses, including airfare, one night of lodging, and meals, necessary to secure the appearance of Mr. William Cater, Esq. on the date provided in his subpoena (May 14, 2013).

IT IS SO ORDERED.

Date:   May 2, 2013

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ODirectMarshall2PayEvidHrgWitnessExp.Bol.wpd