

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL, Acting Warden, San Quentin State Prison,<br><br>　　　　　Respondent. | CASE NO. 1:99-cv-5279-LJO<br><br>**DEATH PENALTY CASE**<br><br>~~[PROPOSED]~~ ORDER DIRECTING THE UNITED STATES MARSHALL TO ARRANGE AND PAY FOR TRANSPORTATION AND LODGING OF PETITIONER'S OUT-OF-STATE FACT WITNESS. |

　　　　Upon Motion of the Petitioner Paul C. Bolin, and pursuant to U.S.C. 3006A, 28 U.S.C. 1825, and Guide to Judiciary Policies and Procedures, Volume VII, § 320.40.20, the United States Marshall and the Department of Justice are directed to pay the fees and expenses, including airfare *lodging* and meals, necessary to return fact witness, Mr. William Cater, Esq., to his residence following his appearance as a fact witness in this court on May 14, 2013. *Extensive testimony required a second night of lodging. LJO*

IT IS SO ORDERED.

Date:  5-14-13　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge