# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN,<br><br>        Petitioner,<br><br>   v.<br><br>KEVIN CHAPPELL,<br><br>        Respondent. | Old Case No. 1:99-cv-05279-LJO<br>New Case No. 1:99-cv-05279-LJO-SAB<br><br>ORDER ASSIGNING MAGISTRATE JUDGE STANLEY A. BOONE TO THIS ACTION |

IT IS HEREBY ORDERED that the Clerk's office shall assign Magistrate Judge Stanley A. Boone to this action.  The new case number shall be:

1:99-cv-05279-LJO-SAB

All future pleadings and/or correspondence must be so numbered.  The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

DATED: March 28, 2014                    /s/ Lawrence J. O'Neill
                                       United States District Judge