# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL C. BOLIN, | Case No.  1:99-cv-05279 LJO-SAB |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | ORDER VACATING AUGUST 9, 2016 HEARING AND SCHEDULING PETITIONER'S MOTION TO ALTER OR AMEND JUDGMENT |
| RON DAVIS, Warden of San Quentin State Prison, | |
| Respondent. | (Doc. No. 352) |

On July 7, 2016, petitioner filed a Rule 59(e) motion to alter or amend the judgment entered June 9, 2016 upon memorandum and order: dismissing without prejudice unexhausted allegations, denying further record expansion and evidentiary hearing, denying the amended petition for writ of habeas corpus and issuing a certificate of appealability for claims C2, I13, L (L1-L4) & W2.  (*See* Doc. Nos. 350 & 351.)  Petitioner states the motion will be heard on August 9, 2016 at 8:30 a.m. in Courtroom 4 before the undersigned.

This order vacates the hearing and provides a schedule for petitioner's motion.

Accordingly, it is HEREBY ORDERED that:

1.      The August 9, 2016 hearing is vacated, the parties will be notified by minute order if a hearing is necessary,

2.      Respondent's opposition to the motion, if any, shall be filed not later than thirty

1

(30) days following the filed date of this order, and

3.    Petitioner's reply to the opposition, if any, shall be filed not later than fifteen (15) days following the filed date of repondent's opposition.

IT IS SO ORDERED.

Dated:   **July 11, 2016**                    **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE